```
Mia Farber (SBN 131467)
Bethany J. Grabiec (SBN 237009)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
(213) 689-0404 - Office
(213) 689-0430 – Fax
farberm@jacksonlewis.com
grabiecb@jacksonlewis.com
```

**JS-6**

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY B. TAGGART,<br><br>           Plaintiff,<br><br>    vs.<br><br>WASHINGTON MUTUAL BANK, a business entity; LAURA PHILLIPS, an individual; LAURIE MACEY, an individual; and DOES 1 through 25, inclusive,<br><br>           Defendants. | **CASE NO.:** SACV08-0923-DOC(RNBx)<br><br>Assigned for all purposes to the Honorable Judge David O. Carter, Dept. 9-D<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

**ORDER**

After review of all papers and pleadings filed by the parties herein, the Court rules as follows:

Pursuant to Federal Rules of Civil Procedure 41(a)(1), and in accordance with the Stipulation of Dismissal With Prejudice by and between Plaintiff Nancy B. Taggart and Defendant JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver:

1  (1) The above-captioned action be and hereby is dismissed with prejudice pursuant to
2       FRCP 41(a)(1);
3  (2) Each party shall bear its own attorney's fees and costs with respect to the dismissal
4       of the above-captioned action; and
5  (3) The hearing on Defendant's motion for summary judgment, currently set for July
6       20, 2009 at 8:30 a.m. in this Department, is vacated.
7  IT IS SO ORDERED.

9  DATED: July 10, 2009

   _____
   HONORABLE DAVID O. CARTER
   United States District Court, Central District Judge

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CASE NAME:    NANCY B. TAGGART v. WASHINGTON MUTUAL BANK, et al.

CASE NUMBER: SACV08-0923-DOC

     I am employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action; my business address is:

     725 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5408

     On July 10, 2009, I served the foregoing document described as

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Cecil E. Ricks, Jr.
The Law Offices of Cecil E. Ricks, Jr., ALC
315 Centennial Way
Tustin, California 92780
Telephone: (714) 966-9190
Facsimile: (714) 966-9195

Attorney for Plaintiff

**[XX]  BY E-MAIL OR ELECTRONIC TRANSMISSION**

     Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address @jacksonlewis.com to the persons at the e-mail address listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]    BY MAIL**

     **[X]**   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[XX]  FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on July 10, 2009, at Los Angeles, California.

_____
Erika Shaw